IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RICARDO LORENZO HERRERA ESCOBAR,

     Petitioner,

v.                                                                                  No. 26-cv-1719-KWR-JHR

MICHAEL WATKIN, *et al.*,

     Respondents.

**<u>ORDER OF DISMISSAL</u>**

This matter is before the Court on Petitioner Ricardo Lorenzo Herrera Escobar's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1). Petitioner is a citizen of Honduras and challenges his immigration custody at the Torrance County Detention Center in New Mexico. (Doc. 1). The Petition was initially filed in the Western District of Texas, and was transferred to this Court on May 27, 2026. *See* (Doc. 5). Petitioner also initiated a separate 28 U.S.C. § 2241 proceeding in this Court. *See Ricardo Lorenzo Herrera Escobar v. Warden, et al.*, 1:26-cv-1530-MIS-JHR. In Case No. 1:26-cv-1530, the Hon. Margaret Strickland granted Petitioner habeas relief and Petitioner has since been released from immigration custody. *See* (Doc. 6, Order Granting Petition for Writ of Habeas Corpus) and (Doc. 8, Notice of release from custody), both filed in Case No. 1:26-cv-1530-MIS-JHR; *see also* https://locator.ice.gov/odls/#/results (Immigrations and Customs Enforcement locator website confirming Petitioner's release from custody, site last visited June 18, 2026). Accordingly, this case is moot and the Court dismisses the Petition. *See Ferry v. Gonzales*, 457 F.3d 1117, 1132 (10th Cir. 2006) (concluding § 2241 claims are generally moot after the petitioner's release or removal).

**IT IS ORDERED** that the Petitioner's *pro se* Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (**Doc. 1**) is **DISMISSED without prejudice** as moot; and the Court will enter a separate judgment closing this civil habeas case.

_____/S/_____
HON. KEA RIGGS
UNITED STATES DISTRICT JUDGE